UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ANA ALICIA RIVERA, | No. 2:17-cv-07081-JDE |
|---|---|
| Plaintiff, | ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d) |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation (Dkt. 26), IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $3,700.00 under 28 U.S.C. § 2412 and no costs under 28 U.S.C. §1920, subject to the terms of the above-referenced Stipulation.

Dated: November 02, 2018

_____
JOHN D. EARLY
United States Magistrate Judge